IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEROME WALKER,

                ORDER

    Plaintiff,

                19-cv-451-bbc

 v.

WISCONSIN DEPARTMENT OF CORRECTIONS,

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  On February 18, 2020, I denied plaintiff Walker's motion for court assistance in recruiting counsel. Dkt. #25. Before the court is plaintiff's one-paragraph motion for reconsideration of that order, in which he states that his learning disability prevents him from filing motions and representing himself at trial. Dkt. #26. However, plaintiff raises no new arguments in his motion that I have not considered and rejected already. Therefore, for the reasons explained in my previous order, I will deny the motion without prejudice.

  At the end of his motion, plaintiff states that he does not know what to do with the papers that defense counsel sent him. I presume that plaintiff may be referring to discovery requests that defendants have made. As I explained in my previous order, plaintiff should start by writing a letter to defendants' counsel, identifying what documents are confusing to him and explaining what he is confused about. If he is still confused after conferring with defendant's counsel, he should contact the court for help.

ORDER

  IT IS ORDERED that plaintiff Jerome Walker's motion for reconsideration, dkt.

1

#26, is DENIED.

    Entered this 20th day of April, 2020.

                                    BY THE COURT:

                                    /s/

                                  _____
                                  BARBARA B. CRABB
                                  District Judge